IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER HAPLEA, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| PLUMSTEADVILLE PUB, LLC and JOHN KELLY | : | No. 23-cv-01117-RAL |
| Defendants | : | |

**O R D E R**

**AND NOW**, this 18th day of September 2023, upon consideration of Defendants' Motion to Dismiss (Doc. No. 16) and Plaintiff's Response (Doc. No. 17), it is hereby **ORDERED**, as follows:

1. Defendants' Motion to Dismiss Plaintiff's Amended Complaint is **GRANTED** in part and **DENIED** in part;

2. Count III of Plaintiff's Amended complaint is dismissed, without prejudice;

3. Plaintiff shall have until October 2, 2023, to file an amended complaint.

4. A responsive pleading or motion under Fed. R. Civ. Pro. 12(b) or (c) must be filed by October 16, 2023.

5. If Defendants file a motion to dismiss, Plaintiff's Response will be due by October 30, 2023, and Defendants' optional Reply shall be due by November 13, 2023.

BY THE COURT:

s/Richard A. Lloret
Honorable Richard A. Lloret
U.S. Magistrate Judge