# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER HAPLEA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| vs. | : | |
| PLUMSTEADVILLE PUB, LLC, *et al* | : | No. 23-01117-PAC |
| Defendants. | : | |

## ORDER

**AND NOW,** this 24th day of October, 2024, upon consideration of Plaintiff Christopher Haplea's Motion for Partial Summary Judgment (Doc. No. 41), Defendants' Response in Opposition (Doc. No. 44), and Plaintiff's Reply in Further Support (Doc. No. 46) it is hereby **ORDERED** as follows:

1.  Plaintiff's Motion is **GRANTED** as to his FLSA and PMWA overtime claims. Any dispute as to the amount of said claims is not presently before this Court.

2.  Plaintiff's Motion is **DENIED** as to his unpaid tips claims under the FLSA and PMWA.

The Court directs the Parties to refer to the Scheduling Order dated June 21, 2024 (Doc. No. 48) for all remaining deadlines.

BY THE COURT:

*s/Pamela A. Carlos*
PAMELA A. CARLOS
U.S. Magistrate Judge